*Ignatius M. Wilkinson, Corporation Counsel* (*Oscar L. Tucker* and *Leo Brown*), for appellants.

*Herbert C. Smyth, Jr.*, and *Thomas F. Dougherty* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.

MOE OLTARSH, Appellant and Respondent, *v.* MAX OLTARSH et al., Respondents and Appellants.

Argued October 8, 1945; decided October 26, 1945.

*Joseph B. Kaufman* for plaintiff-appellant and respondent.
*Sydney Hut* and *Maurice Danson* for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

GEORGE W. McKIBBIN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 9, 1945; decided October 26, 1945.

